## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| TCYK, LLC, | ) | Case No. 13-cv-3837 |
| | ) | |
| Plaintiff, | ) | Judge Virginia M. Kendall |
| | ) | |
| v. | ) | Magistrate Judge Young B. Kim |
| | ) | |
| DOES 1-114, | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT
## PURSUANT TO FED. R. CIV. P. 7.1 AND LOCAL RULE 3.2

Plaintiff, TCYK, LLC, has no parent corporation and no publicly held entity owns more than 5% of its stock.

Respectfully submitted,

TCYK, LLC

DATED: June 28, 2013

By: /s/ Michael A. Hierl
Michael A. Hierl (Bar No. 3128021)
Todd S. Parkhurst (Bar No. 2145456)
Hughes Socol Piers Resnick & Dym, Ltd.
Three First National Plaza
70 W. Madison Street, Suite 4000
Chicago, Illinois 60602
Phone: 312-604-2678
Fax: 312-604-2679
E-mail: mhierl@hsplegal.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of the foregoing Plaintiff's Corporate Disclosure Statement Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 3.2 was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on June 28, 2013.


s/Michael A. Hierl